## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Joseph Ferrell )
215-489 )
D.C. Jail 1901 D St. SE )
WASHington, D.C. 20003 )
(Enter your full name, prison number
and address)

District of Columbia, )
Tanya Johnson )
Kevin Lineberger )
1301 Clifton Street NW )
WAShington, D.C. 20009 ) ET. AL.
(Enter the full name and address(es),
if known, of defendant(s) in this
action)

v.

CIVIL
(To be
District

CASE NUMBER   1:06CV00167

JUDGE: Reggie B. Walton

DECK TYPE: Pro se General Civil

DATE STAMP: 01/31/2006

**JURY ACTION**

### COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

#### Instructions for filing a Complaint by a Prisoner
#### Under the Civil Rights Act, 42 U.S.C. §1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis.* To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate complaint for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $150.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must assess, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

**RECEIVED**

JAN 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1)   the average monthly deposits to your prison account, or
(2)   the average monthly balance of your prison account for the prior six-month period.

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you <u>must</u> submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copies to the Clerk of United States District Court for the District of Columbia, 333 Constitution Ave., NW, Washington, D.C. 20001.

I.    **SUCCESSIVE CLAIMS**

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II.    **PREVIOUS LAWSUITS**

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )        No (X)

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( )    No (X)

C.    If your answer to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit.

Plaintiffs:__N/A_____

Defendants:__N/A_____

2.    Court (if federal court, name the district; if state court, name the county)
__N/A_____

3.    Docket number____N/A_____

4.    Name of judge to whom case was assigned:___N/A_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____ N/A _____

6. Approximate date of filing lawsuit: _____ N/A _____

7. Approximate date of disposition: _____ N/A _____

## III. PLACE OF CONFINEMENT

D.C. Jail 1901 D St. SE. Washington, D.C. 20003

A. Is there a prisoner grievance procedure in this institution?   Yes (X)   No ( )
   If your answer is Yes, go to Question III B. If your answer is No, skip Question III B,C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
   Yes ( )   No (X)

C. If your answer is Yes to Question III B;

   1. To whom and when did you complain? Unit Case Manager   9/21/05

   2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes (X)   No ( )

   3. What, if any, response did you receive? (Furnish copy of response, if in writing.) She stated that she couldn't help me because I am a Federal Prisoner

   4. What happened as a result of your complaint? _____
      Nothing

D. If your answer is No to Question III B, explain why not. This incident occured while I was a resident in a drug program. per order U.S. Parole Commission

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?   Yes (X)   No ( )

F. If your answer is Yes to Question III E;

1. To whom and when did you complain? ~~Unit Case Manager~~
Kevin Lineberger  9/20/05

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)

3. What, if any, response did you receive?  (Furnish copy of response if in writing)
None

4. What happened as a result of your complaint? _____
_____
Nothing

## IV. PARTIES

In item A below, place your name and prison number in the first blank and  your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.  Name of Plaintiff: Joseph Ferrell # 215-489
Address: 1901 D Street S.E. Washington, D.C. 20003

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank and their address in the fourth blank. Do the same for additional defendants, if any.

B.  Defendant: Anthony Williams _____ is employed as
Mayor _____ at District of Columbia
Address: 441 4TH Street N.W.
Washington, D.C 20001

Defendant: Tonya Johnson _____ is employed as
Case Manager _____ at Assessment Orientation Center
Address: 1301 Clifton Street N.W.
Washington, D.C. 20009

Defendant: Kevin Lineberger _____ is employed as
Director _____ at Assessment Orientation Center
Address: 1301 Clifton Street N.W.
Washington, D.C 20009

Defendant: _____ is employed
as _____ at _____
Address: _____
_____

## V. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include the names of other persons involved, dates and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets if necessary.

On July 16, 2005. case manager Tonya Johnson submitted a false report to Kevin Lineberger, stating that I had admitted to using illegal drugs while a resident in the Assessment Orientation Center. Tonya Johnson deliberately set out to inflict cruel and unusual punishment upon me because I rejected her sexual advances. I informed the Director of the Program of her actions but he took no action toward reprimanding her behavior.

## VI. RELIEF

State briefly exactly what you want the Court to do for you.

To allow a Jury Trial and monetary compensation of $450.000 for mental angish/suffering

Signed this **29** day of **December** **2005**.

x _Joseph Furell_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

**12-29-05**
(Date)

_Joseph Furell_
(Signature of Plaintiff)

# DISTRICT of COLUMBIA
## DEPARTMENT of CORRECTIONS
## CENTRAL DETENTION FACILITY
### INMATE REQUEST SLIPS

DATE 9/21/05

NAME Joseph Ferrell   DCDC 215-489   UNIT SE-1   CELL 56

### PLEASE CHECK [X] WHICH OFFICE YOU WISH TO CONTACT

[ ] CHAPLIN'S OFFICE

[X] CLASSIFICATION & PAROLE

[ ] CLOTHING ISSUE (PLEASE INDICATE YOUR SIZE) _____

[ ] INMATE PROPERTY

[ ] OTHER ( SPECIFY )_____

### PLEASE EXPLAIN THE NATURE of YOUR REQUEST BELOW

My case manager submitted a false report while I was in a drug program but it was done because I rejected her sexual advances. I wish your assistance in helping me remedy this situation and possible placed back into the program

x Joseph Ferrell

06 0167

FILED

OFFICIAL SIGNATURE_____ DATE_____

JAN 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Joseph Ferrell #05-489
(D.C. Jail) 1901 D St. S.E.                    Sept. 20, 2005
Washington, D.C. 20003


Mr. Lineberger,
     I am writing you in reference to
that false report that my case manager submitted to
you stating that I admitted to her of using drugs.
That is a lie, as all my urines were negative, even
during the days of these accusations. If you also
remember, I approached you on several ocassions
and stated that my case manager was making
sexual advances toward me but you refused to
believe me because you never said anything to
her about her behavior as to my knowledge. Now, I
am pleading for your help to clear this matter and
wish to be placed back into treatment.
          Please acknowledge receipt of this
letter and I pray that be honest in reaching a decision
based upon the merits.


                         Sincerely,
                         Joseph Ferrell

copy

Joseph Ferrell # 215-489
D.C. Jail 1901 D. St. S.E.
Washington, D.C. 20003

Dec. 16, 2005

Dear Mayor Williams,
        I was in a goverment
contract drug program and on July 16, 2005,
I left the program due to a false
report submitted by Tonya Johnson (case manager)
to the Director, Kevin Lineberger, stating
that I was using drugs. This action was
due solely because I've ignored the
sexual advances of Ms. Johnson, and she
wanted me back in prison. The program
that I was in was Assessment Orientation
Center 1301 Clifton St. N.W. Washington, D.C.
20009.

        Please let this letter serve as my
official letter of my intent to Sue.

                Respectfully Submitted
                Joseph Ferrell