UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH FERRELL, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 06-167 (RBW) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

### DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Defendant, by and through undersigned counsel, hereby moves this Court to grant an extension of time to answer or otherwise respond to Plaintiff's Complaint. As reasons therefore the Defendant represent as follows:

1. Plaintiff filed suit on or about January 31, 2006. The Summons was received by this office on July 10, 2006. An answer or responsive pleading to the Complaint is due on July 31, 2006.

2. Counsel was assigned this matter on or about July 18, 2006.

3. Due to the press of other matters, undersigned counsel is respectfully requesting an additional two weeks to file an answer or responsive pleading to the Complaint to August 14, 2006.

4. The additional time is necessary to complete an investigation into the claims that Plaintiff has raised in his Complaint and to draft an answer or responsive pleading on behalf of the Defendant in this Action.

5. This motion is Defendant's first request for an extension of time.

6. The Plaintiff is not prejudiced by the granting of this Motion.

7. Undersigned counsel was unable to contact the Pro Se Plaintiff who is incarcerated at Rivers Correctional Institution in Winton, North Carolina, making communication difficult.

WHEREFORE, for the reasons stated herein, defendants request additional time to answer Plaintiff's Complaint to August 14, 2006.

Dated: July 31, 2006.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

/s/
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626
(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov

### **RULE 12-I CERTIFICATE**

Undersigned counsel was unable to contact the Pro Se Plaintiff who is incarcerated at Rivers Correctional Institution in Winton, North Carolina, making communication difficult.

/s/
NICOLA N. GREY
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH FERRELL,** | : |
| | : |
|     **Plaintiff,** | : |
| | : |
| v. | : Civil Action No.: 06-167 (RBW) |
| | : |
| **DISTRICT OF COLUMBIA, et al.,** | : |
| | : |
|     **Defendants.** | : |
| | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

    1.    SCR-Civil 6(b).

    2.    The inherent powers of this Court.

    3.    The reasons stated in the Defendant District of Columbia's Motion for an Extension of Time to Answer Plaintiff's Complaint.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/
    HOLLY M. JOHNSON [476331]
    Chief, General Litigation Section III

    /s/
    NICOLA N. GREY [492150]
    Assistant Attorney General
    441 Fourth Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6626 * (202) 727-3625 (fax)
    E-mail:  nicola.grey@dc.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH FERRELL, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 06-167 (RBW) |
| | : |
| DISTRICT OF COLUMBIA, et al., | : |
| | : |
| Defendants. | : |
| | : |

## ORDER

Upon consideration of the Motion to Extend Time to Respond to the Complaint on behalf of Defendant, the Memorandum in Support thereof, and the facts and law considered, it is hereby

**ORDERED;**

The Motion to Extend Time to Respond to the Complaint on behalf of Defendant is

**GRANTED**.

Defendant's Answer or responsive pleading shall be accepted on or before August 14, 2006.

So ORDERED this _____ day of _____, 2006.

_____
The Honorable Judge Reggie B. Walton
United States District Court

copies to:

Nicola N. Grey
Assistant Attorney General
441 4th Street, NW,
Sixth Floor South
Washington, D.C. 20001

2

Joseph Ferrell
Reg. No.: 23726-016
Rivers Correctional Institution
PO Box 630
Winton, NC 27986

## CERTIFICATE OF SERVICE

      I, Nicola N. Grey, hereby certify that copies of Defendant District of Columbia's Motion to Extend Time to Answer the Complaint was mailed via first class mail, postage prepaid, this 31st day of July 2006, to:

Joseph Ferrell
Reg. No.: 23726-016
Rivers Correctional Institution
PO Box 630
Winton, NC 27986

                                         _____/s/_____
                                          Nicola N. Grey
                                          Assistant Attorney General