UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH FERRELL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0167 (RBW) |
| DISTRICT OF COLUMBIA *et al*, | ) |
| Defendants. | ) |

ORDER

This matter is before the Court on Anthony Williams and the District of Columbia's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff is proceeding *pro se*.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. Moreover, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to Anthony Williams and the District of Columbia's motion to dismiss no later than **September 25, 2006**. If plaintiff does not respond by that date, the Court will treat the motion as conceded and may dismiss the complaint against these movants.

_____s/_____
Reggie B. Walton
Date: August 18, 2006    United States District Judge