UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH FERRELL,<br>R23726-016<br>Rivers Correctional Institution.<br>P.O. Box 630<br>Winton, NC 27986<br><br>    Plaintiff, pro se<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.<br><br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0167 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for Federal Defendants in the above-captioned case.

Respectfully submitted,

_____
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4220
Washington, D.C. 20530
(202) 514-7220

Dated: September 25, 2006

CERTIFICATE OF SERVICE

I certify that the foregoing Praecipe was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

JOSEPH FERRELL
**R23726-016**
**Rivers Correctional Institution.**
**P.O. Box 630**
**Winton, NC 27986**

on this  25th  day of September, 2006.

---

MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building - Civil Division
555 4th Street, NW
Washington, D.C. 20530