UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH FERRELL,<br>R23726-016<br>Rivers Correctional Institution.<br>P.O. Box 630<br>Winton, NC 27986<br><br>           Plaintiff, pro se<br><br>  v.<br><br>DISTRICT OF COLUMBIA, et al.<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-0167 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter having come before the Court on Federal Defendants' Motion to Dismiss, and the Court having considered the entire record in this case, it is hereby

**ORDERED** that Federal Defendants' motion is granted; and it is

**FURTHER ORDERED** that this case is dismissed with prejudice and judgment granted for Defendant.

DATED: _____        _____

                                                    UNITED STATES DISTRICT JUDGE