UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH FERRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0167 (RBW) |
| ) | |
| DISTRICT OF COLUMBIA *et al*, ) | |
| ) | |
| Defendants. ) | |

ORDER

This matter is before the Court on the federal defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1), (4), (5), and (6). Plaintiff is proceeding *pro se*.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. Moreover, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to the federal defendants' motion to dismiss no later than **November 1, 2006**. If plaintiff does not respond by that date, the Court will treat the motion as conceded and may dismiss the complaint against these movants.

                                                                 _____s/_____
                                                                 Reggie B. Walton
Date: September 26, 2006                    United States District Judge