UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH FERRELL,<br>R23726-016<br>Rivers Correctional Institution.<br>P.O. Box 630<br>Winton, NC 27986<br><br>             Plaintiff, pro se<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.<br><br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 06-0167 (RBW) |

## ERRATA

Federal Defendants hereby note that their Motion to Dismiss inadvertently referred to Federal Defendant Tanya Johnson as Plaintiff's Community Supervision Officer ("CSO"), instead of her correct title as a "case manager". Federal Defendants respectfully ask that her position be corrected in their submissions.

Dated: September 26, 2006.        Respectfully submitted,

                                                KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                                United States Attorney


                                                /s/_____
                                                MEGAN L. ROSE, NC Bar # 28639
                                                Assistant United States Attorney
                                                Judiciary Center Building
                                                555 4th St., N.W.
                                                Washington, D.C. 20530
                                                (202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion To Dismiss** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> **JOSEPH FERRELL**
> **R23726-016**
> **Rivers Correctional Institution.**
> **P.O. Box 630**
> **Winton, NC 27986**

on this  26th  day of September, 2006.


_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building - Civil Division
555 4th Street, NW
Washington, D.C. 20530