UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH FERRELL

vs.

DISTRICT OF COLUMBIA, ET AL

C.A. No. 06-167 RBW

PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER

Defendant's name: Tanya Johnson

Defendant's address: Karrick Hall, 1900 Massachusetts, S.E., Wash., D.C. 20003

Defendant's name: Kevin Lineberger

Defendant's address: Karrick Hall, 1900 Massachusetts, S.E., Wash., D.C. 20003

Defendant's name:

Defendant's address:

Defendant's name:

Defendant's address:

Defendant's name:

Defendant's address:

Defendant's name: