UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH FERRELL,         :
                        :
    Plaintiff           :
                        :
vs.                     :
                        :
                        :    Civil Action No. 06-167 (RBW)
DISTRICT OF COLUMBIA, et. al. :
                        :
    Defendants.         :
........................:

RECEIVED
OCT 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO VOLUNTARILY DISMISS CIVIL ACTION COMPLAINT

Comes now the plaintiff, Joseph Ferrell, pro se, and moves this honorable court pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedures to "Voluntarily Dismiss" the herein "Civil Action Complaint" and grounds states the following.

Plaintiff avers that after careful review and being advised that plainitff was misinformed about the proper statutes to file his complaint against the federal defendants, plaintiff moves this honorable court to "Voluntarily Dismiss" his complaint.

Plaintiff further avers that the defendants will not be prejudiced by this dismissal, especially since the defendants have pleaded that the federal defendants have not been properly served.

**WHEREFORE,** in light of the aforementioned, plaintiff moves this honorable court to grant his motion to "Voluntarily Dismiss His Civil Action Complaint" and any other relief which this court deems appropriate and just.

Respectfully Submitted,

*/s/ Joseph Ferrell*
Joseph Ferrell
Reg. 23726-016
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "Motion To Voluntarily Dismiss" has been mailed to Megan L. Rose, Assistant United States Attorney, Judiciary Center Building, 555 4th Street, N.W., Washington, D.C. 20530 this _16_ day of _Oct_ 2006.

*/s/ Joseph Ferrell*
Joseph Ferrell

-2-